UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA DIVISION

CASE NO.: 5:2023-cv-00210-TKW-MJF

ZACHERY MORIN, ON BEHALF
OF HIMSELF AND THOSE
SIMILARLY SITUATED,

   PLAINTIFF,
 v.

OUTLAW RENTALS, INC.,
A FLORIDA PROFIT CORPORATION,
CLASSY CYCLES, INC., A FLORIDA
PROFIT CORPORATION, AND
COLLEEN SWAB, INDIVIDUALLY

   DEFENDANTS
_____/

### NOTICE OF A PRIOR OR SIMILAR CASE

Plaintiff, Zachery Morin ("Plaintiff"), on behalf of himself and those similarly situated, by and through his undersigned counsel, hereby gives notice that the present case "involves issues of fact or law in common with the issues in another case pending in the district. N.D. Fla. Loc. R. 5.6(B). On February 27, 2023, William Chase Deason, filed a complaint under the Fair Labor Standards Act against Outlaw Rentals, Inc., Classy Cycles, Inc., and Colleen Swab, entitled *William Chase Deason v. Outlaw Rentals, Inc., Classy Cycles, Inc., and Colleen*

*Swab*, Case No. 5:23-cv-00047-MW-MJF[1]. The present case involves issues of fact or law in common with the issues in *Deason v. Outlaw Rentals, Inc., et al.* Additionally, on June 23, 2023, Stephanie C Smith filed a complaint under the Fair Labor Standards Act against Outlaw Rentals, Inc., Classy Cycles, Inc., and Colleen Swab, entitled, *Stephanie C. Smith v. Outlaw Rentals, Inc., Classy Cycles, Inc., and Colleen Swab*, Case No. 5:23-cv-00174-MW-MJF. The present case involves issues of fact or law in common with the issues in *Stephanie C. Smith v. Outlaw Rentals, Inc., et. al*

Dated: August 22, 2023.

Respectfully submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No.: 0085476
RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84, Suite 103
Davie, FL 33324
Telephone: (866) 344-9243
Facsimile:  (954) 337-2771
E-mail:
noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

---

[1] *Deason v. Outlaw Rentals, Inc., et al. Case No.* 5:23-cv-00047-MW-MJF was closed as of June 1, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for that counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.