UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ZACHERY MORIN** on behalf
of himself and those similarly
situated,

    **Plaintiff**,

v.                                    Case No. 5:23-cv-210-TKW-MJF

**OUTLAW RENTALS, INC.**, **et al.**,

    **Defendants**.
_____/

## ORDER TRANSFERRING CASE

This case is before the Court based on Plaintiff's notice of a prior or similar case (Doc. 7). The notice states that this case "involves issues of fact or law in common with the issues in *Stephanie C. Smith v. Outlaw Rentals, Inc., et al.*" The *Smith* case, Case No. 5:23-cv-00174-MW-MJF, is pending before Judge Walker, and after consultation with Judge Walker, it was agreed that the same judge should preside over both cases. Accordingly, pursuant to the District's standard practice that related cases should go to the judge with the lowest case number, it is

**ORDERED** that this case is transferred to Judge Walker for all further proceedings.

**DONE and ORDERED** this 25th day of August, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**