UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA DIVISION

CASE NO.: 5:2023-cv-00210- MW-MJF

ZACHERY MORIN, ON BEHALF
OF HIMSELF AND THOSE
SIMILARLY SITUATED,

      PLAINTIFF,
v.

OUTLAW RENTALS, INC.,
A FLORIDA PROFIT CORPORATION,
CLASSY CYCLES, INC., A FLORIDA
PROFIT CORPORATION, AND
COLLEEN SWAB, INDIVIDUALLY

      DEFENDANTS
_____/

**NOTICE OF FILING CONSENT TO JOIN OF OPT-IN
<u>PLAINTIFF FRANK ZINSKI</u>**

Plaintiff, Zachary Morin, on behalf of himself and those similarly situated, by and through his undersigned counsel, gives notice of filing the attached Notice of Consent to Join executed by Frank Zinski, a similarly situated employee to Plaintiff, who likewise was subjected to illegal pay practices at issue, and who wishes to join the above-captioned lawsuit. *See* Consent to Join attached as **<u>Exhibit A</u>**.

Dated this 16th day of October 2023.

        Respectfully submitted,

        */s Noah E. Storch*
        Noah E. Storch, Esq.
        Florida Bar No.: 0085476
        RICHARD CELLER LEGAL, P.A.
        10368 W. State Road 84, Suite 103
        Davie, FL 33324
        Telephone: (866) 344-9243
        Facsimile: (954) 337-2771
        E-mail:
        noah@floridaovertimelawyer.com

        *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was filed on this 16th day of October 2023, using the Court's CM/ECF filing system, which will send a copy to all counsel of record.

        */s Noah E. Storch*
        Noah E. Storch, Esq.