# EXHIBIT A

Vinesign Document ID: 0123C7D4-2259-4255-BFBB-50EB3A48D17B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA DIVISION

CASE NO.: 5:2023-cv-00210

ZACHERY MORIN, ON BEHALF
OF HIMSELF AND THOSE
SIMILARLY SITUATED,

      PLAINTIFF,

v.

OUTLAW RENTALS, INC.,
A FLORIDA PROFIT CORPORATION,
CLASSY CYCLES, INC., A FLORIDA
PROFIT CORPORATION, AND
COLLEEN SWAB, INDIVIDUALLY

      DEFENDANTS
_____/

## CONSENT TO JOIN COLLECTIVE ACTION

1. I _____Frank Zinski_____ (please print) consent and agree to join the above-styled lawsuit seeking damages to recover alleged unpaid overtime wages and other damages and relief under the FLSA in addition to claims under applicable Florida law;

2. I am similarly situated to the named Plaintiff in this matter because I performed the same or similar duties for the Defendants, and was paid in the same regard as the named Plaintiff;

3. I authorized the named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;

The signed document can be validated at https://app.vinesign.com/Verify

4. I agree to be represented by Richard Celler Legal, P.A., counsel for the named Plaintiff;

5. In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's Counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

**DATE:** 08/21/2023

**SIGNATURE:** *[signature]*

**PRINTED NAME:** Frank Zinski

The information below will not be filed with the Court.

**STREET ADDRESS:** 4404 NW Miller Road

**CITY, STATE, ZIP:** Altha FL 32421

**TELEPHONE NO.:** 3134209428

**E-MAIL:** bikerzinski69@gmail.com

*29 U.S.C. § 215(a)(3) of the FLSA prohibits anyone from discriminating or retaliating against you for taking part in this case.*