UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA DIVISION

ZACHERY MORIN, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,,

        Case Number: 5:23-cv-00210-MW-MJF

   Plaintiff,

v.

OUTLAW RENTALS, INC.;
CLASSY CYCLES, INC.; and
COLLEEN SWAB

   Defendants.
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants, Outlaw Rentals, Inc. ("Outlaw Rentals"); Classy Cycles, Inc. ("Classy Cycles"); and Colleen Swab ("Swab"), (Collectively "Defendants") hereby submit the following Corporate Disclosure Statement pursuant to Rule 7.1, Federal Rules of Civil Procedure.  None of the Defendants has a parent corporation and no publicly held corporation owns 10% or more of the stock of any of the Defendants.

Dated this 31st day of October, 2023.

        SPIRE LAW, PLLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Jesse I. Unruh*

1

                                     Jesse I. Unruh, Esq.
                                     Florida Bar No. 93121
                                     jesse@spirelawfirm.com
                                     marcela@spirelawfirm.com
                                     filings@spirelawfirm.com
                                     Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 31st day of October, 2023., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Noah E. Storch, Esq.; RICHARD CELLER LEGAL, P.A.; 10368 West State Road 84, Suite 103 Davie, Florida 33324 noah@floridaovertimelawyer.com.

                                            */s/ Jesse I. Unruh*
                                            Attorney