## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**ZACHERY MORIN, ON BEHALF
OF HIMSELF AND THOSE
SIMLARLY SITUATED,**

     *Plaintiff*,

v.                                                    **Case No.:  5:23cv210-MW/MJF**

**OUTLAW RENTALS, INC.,
et al.,**

     *Defendants*.

_____/

### ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT

This order acknowledges receipt of Defendants' Notice of Settlement, ECF No. 29, filed with this Court on September 19, 2024. This is an FLSA case, so this Court must first approve any settlement agreement before dismissal. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, all deadlines remain in force until the parties move this Court to approve the settlement agreement.

**SO ORDERED on September 20, 2024.**

          **s/Mark E. Walker_____**
          **United States District Judge**